WISCONSIN BELL, INC., (d/b/a Ameritech Wisconsin), a Wisconsin corporation, Petitioner-Respondent-Cross-Appellant-Petitioner,†

v.

PUBLIC SERVICE COMMISSION OF WISCONSIN, Respondent-Appellant-Cross-Respondent,

SPRINT TELECOMMUNICATIONS, INC., Excel Telecommunications, Inc., and AT&T Communications of Wisconsin L.P., Co-Appellants-Cross-Respondents.

Supreme Court

*No. 02–3163. Oral argument October 26, 2004.—Decided March 17, 2005.*

2005 WI 23

(Also reported in 693 N.W.2d 301.)

† Motion for Reconsideration denied 6-23-2005.

For the petitioner-respondent-cross-appellant-petitioner there were briefs by *John E. Flanagan, Jordan J. Hemaidan* and *Michael Best & Friedrich, LLP,* Madison, and oral argument by *John E. Flanagan.*

For the respondent-appellant-cross-respondent there was a brief by *Diane M. Ramthun, Steven Levine* and the *Public Service Commission of Wisconsin,* Madison, and oral argument by *Diane M. Ramthun.*

For the co-appellants-cross-respondents there was a brief by *Peter L. Gardon, Stephen J. Liccione* and *Reinhart Boerner Van Deuren, S.C.,* Madison (on behalf of Excel Telecommunications and Sprint Communications, Inc., L.P.); and by *Arthur J. LeVasseur* and *Fischer, Franklin & Ford,* Detroit, MI (on behalf of AT&T Communications of Wisconsin, L.P.), and oral argument by *Stephen J. Liccione.*

¶ 1. PER CURIAM.   The court is equally divided on the question of whether the published decision of the

court of appeals, *Wisconsin Bell, Inc. v. Public Service Commission of Wisconsin,* 2004 WI App 8, 269 Wis. 2d 409, 675 N.W.2d 242, should be affirmed or reversed. JUSTICE ANN WALSH BRADLEY, JUSTICE DAVID T. PROSSER, and JUSTICE LOUIS B. BUTLER, JR. would affirm; JUSTICE JON P. WILCOX, JUSTICE N. PATRICK CROOKS, and JUSTICE PATIENCE D. ROGGENSACK would reverse. CHIEF JUSTICE SHIRLEY S. ABRAHAMSON did not participate.

¶ 2.   Accordingly, the decision of the court of appeals is affirmed.